```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MARK J. McKEON
    Assistant U.S. Attorney
 3  MISDEMEANOR UNIT
    Federal Building
 4  2500 Tulare Street, Suite 4401
    Fresno, California 93721
 5  Telephone (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:07-MJ-00231 SMS |
|---|---|---|
| Plaintiff, | ) ) | MOTION TO STRIKE AND RECALL REPORT TO DEPARTMENT OF MOTOR |
| v. | ) ) | VEHICLE ; |
| GREGORY H. WELLS, | ) ) | **ORDER** |
| Defendant. | ) ) ) | |

The United States Attorney's Office, hereby moves for an order that a report sent to the California Department of Motor Vehicles ("DMV") that the defendant GREGORY H. WELLS was given a "forced blood test" be struck and recalled, and that the California DMV be directed to remove the reference in the defendant's driving record that he was guilty of refusing to take a blood alcohol test.

The defendant was charged by information with operating a vehicle under the influence of alcohol or drugs and unsafe operation. He pled guilty to the DUI charge, and the unsafe operation charge was dismissed.

The U.S. Probation Office has reported to the undersigned Assistant U.S. Attorney that the California DMV has reported this

as a "refusal" to take a blood test.  This has resulted in greater restrictions upon the defendant gaining his California driver's license back.

The defendant did not refuse to take a blood test, and this notation on his California driver's license is incorrect.  A breath test was not given to the defendant, because the arresting ranger suspected drugs, and not alcohol.  Instead, the defendant voluntarily gave a blood sample.  Unfortunately, the form sent into the DMV by the ranger had a box checked that said "forced blood test", which may have generated the confusion.

Therefore, the government moves that the report sent to the California Department of Motor Vehicles that the defendant was given a "forced blood test" be struck and recalled, and that the California DMV be directed to remove the reference in the defendant's driving record that he was guilty of refusing to take a blood alcohol test.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: September 3, 2008     By     /s/ Mark J. McKeon
                                    MARK J. McKEON
                                    Assistant U.S. Attorney

ORDER

IT IS HEREBY ORDERED that the report sent to the California Department of Motor Vehicles that defendant GREGORY H. WELLS was given a "forced blood test" be struck and recalled, and that the California Department of Motor Vehicles is directed to remove the

reference in the defendant's driving record that he was guilty of refusing to take a blood alcohol test.

IT IS SO ORDERED.

**Dated:   September 4, 2008**              /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

3